UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Martha E. Pettibone,

    Plaintiff,

    v.                                       Case No. 2:12–cv–932

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On February 10, 2014, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation concerning the disposition of Martha Pettibone's ("Plaintiff") motion for attorneys' fees in this Social Security case. ECF No. 20. The Report and Recommendation recommended granting Plaintiff's motion and awarding Plaintiff the sum of $3,281.25, to be paid to counsel for Plaintiff unless there is an offsetting debt owed to the United States.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting

the Report and Recommendation. Report and Recommendation 2–3, ECF No. 20. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**, and Plaintiff is awarded the aforementioned attorneys' fees to be paid to counsel.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**